# IN THE UNITED STATES DISTRICT COURT
# *For* THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD N. TERRY<br>652 LYTTON COURT<br>GAHANNA, OHIO  43230<br><br>Plaintiff,<br><br>-vs-<br><br>FIRST MERIT NATIONAL BANK<br>4455 HILLS & DALES ROAD NW<br>CANTON, OHIO  44708<br><br>Defendants. | ***ORIGINAL SUMMONS AND COMPLAINT<br>TO REQUIRE DEFENDANT TO PRODUCE<br>BONA FIDE PROOF OF AN EXECUTION<br>OF ASSIGNMENT TO OFFSET CLAIMS<br>OF FRAUD AND CIVIL DEMANDS AND<br>JUDGMENTS***<br><br>**FILED**<br>JUL 16 2014<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia<br><br>Case: 1:14-cv-01197<br>Assigned To : Kollar-Kotelly, Colleen<br>Assign. Date : 7/16/2014<br>Description: Pro Se Gen. Civil |

## ORIGINAL CIVIL COMPLAINT

Now Comes RICHARD N. TERRY, hereinafter ("Plaintiff") on original civil complaint against First Merit National Bank; hereinafter ("Defendant") for Civil Demand of ($USD195,000,00) that deals in Internal Revenue Service ("IRS") cancelled debt and this IRS Federal 871 Tax Suit; Cause cited as 26:7609 as an IRS Petition to Quash IRS Summons to require Defendant to produce bona fide proof of an Execution of Assignment to offset claims of fraud and civil demands and judgments.  This case is directly related to PENDING Case No. 1:14-CV-01112-CKK that will create a conflict of interest to the U.S. Government Defendant and all Defendants to these actions.  Even if the prior case is DISMISSED at the time the instant matter is filed with this Court, the prior case was accepted for filing prior to such dismissal.  Therefore, this case in direct relation to a PENDING case will remain open for Collateral Attack and all Defendants



RECEIVED
Mail Room
JUL 16 2014
Angela D. Caesar, Clerk of Court
U.S District Court, District of Columbia

1

must default by silence as though a case dismissal did not occur, or be held in CONTEMPT and PERJURY with this Court. The matter in general seeks to adequately challenge the foreclosure on a mortgage to the following described property in Franklin County, Ohio, and legally described as:

**Hunter's Ridge Sec. 8 Lot 507**

Plaintiff will also introduce into evidence of this Court the necessary IRS documentations to support the value associated with the property in question has successfully been cancelled to return to the original credit that Plaintiff lent the Defendant to finance the "Mortgage Note" that Defendant claims Plaintiff was obligated to repay. The defendant(s) in the entitled matter shall hereby challenge the Plaintiff to provide bona fide evidence of an Execution of Assignment to show the property ownership in question. The Plaintiff has shown that it is the creditor at the time of closing in the "finance" of the property in question. In **_Fina Supply, Inc. v. Abilene Nat. Bank, 726 S.W.2d 537, 1987_** says that a "Party having superior knowledge who takes advantage of another's ignorance of the law to deceive him by **studied concealment or misrepresentation can be held responsible for that contract."** Plaintiff also acknowledges direct injury as a result of the actions of the Defendant because of the well-known deceptive practices carried out by Defendant and like institutions daily in terms of finance and who actually owns the property in question. It shall be hereby established that Ownership of all Property is in the State; forever settling the matter of consumer credit and the protections therewith and that Plaintiff is owed all sums of interest associated with monthly obligations owed to the Defendant and to the State.

Defendant is clearly attempting to operate as a Deed of Trust state by initiating an open foreclosure proceeding in the Franklin County Court's jurisdiction. Defendant is also well aware that it is not able to loan "their or their depositor's money" under FEDERAL LAW (See attached Affidavit of Publication). *"**In the federal courts, it is well established that a national bank has no power to lend its credit to another by becoming surety, indorser, or guarantor for him**". **Farmers and Miners Bank v. Bluefield Nat'l Bank, 11 F 2d 83, 271 U.S. 669;** "**A national bank has no power to lend its credit to any person or corporation.**" **Also see Bowen v. Needles Nat. Bank, 94 F 925, 36 CCA 553, certiorari denied in 20 S.Ct 1024, 176 US 682, 44 LED 637.*** Supporting evidence concludes that the Defendant has already received up-front payment from Plaintiff in the financing of the property in question. Any and all interests or sums certain paid to the Defendant to date is considered unlawful through studied concealment or misrepresentation and Plaintiff hereby demands this Court to impose a schedule of payments made to Defendant by Plaintiff for a refund to Plaintiff. A "Mortgage Note" and the "Deed of Trust" or other similar "Security Investment" are "Securities" by definition under the law. Securities are regulated by the U.S. Securities and Exchange Commission which is an agency of the Federal Government. There are very strict regulation about what can and cannot be done with "Securities". There are very strict regulations that apply to the reproduction or "copying" of "Securities":

The Counterfeit Detection Act of 1992, Public Law 102-550, in Section 411 of Title 31 of the Code of Federal Regulations, permits color illustrations of U.S. currency provided:

**\*The illustration is of a size less than three-fourths or more than one and one-half, in linear dimension, of each part of the item illustrated**

\*The illustration is one sided

\*Photographic or other likenesses of other United States obligations and <u>securities</u> and foreign currencies are permissible for <u>any non-fraudulent purpose</u>, provided the items are reproduced in black and white and are less than three-quarters or greater than one-and-one-half times the size, in linear dimension, or any part of the original item being reproduced. Negatives and plates used in making the likenesses must be destroyed after their use for the purpose for which they were made.

Plaintiff also challenges the Defendant that other violations to the alleged obligation of the "Mortgage Note" are: ***<u>Title 18 USC section 472 Uttering counterfeit obligations or securities; Title 18 USC section 473 Dealing in counterfeit obligations or securities and Title 18 USC section 474 Plates, stones, or analog, digital, or electronic images for counterfeiting obligations or securities.</u>*** In other words, Plaintiff contends that Defendant cannot produce the original "wet ink signature" mortgage note it claims Plaintiff owes an obligation on. If Defendant cannot produce bona fide proof of the existence of this "wet ink signature" documents as a legitimate security that Defendant claims Plaintiff owes an obligation on, then Defendant must prove that the "Mortgage Note" was not individually, or bundled and sold at the highest bid to an outside bidder or on the open market exchange. ***<u>If Defendant is the "holder in due course" of the mortgage note that there is an obligation owed on, then the Defendant is required by law to produce BOTH "Mortgage Note" and "Deed of Trust" or other similar "Security Instrument" as ORIGINAL DOCUMENTS in possession of Defendant at the time the foreclosure action is initiated.</u>*** Filing or producing a "COPY" of these documents that an alleged obligation is owed on is Counterfeiting on behalf of the Defendant; in violation of 18 USC section 474. If Defendant is not required to produce these bona fide documents into evidence of the instant matter, then this Court is not affording Plaintiff due process rights in the same. Producing a "Copy" of the documents can be best simplified with copying a $100 Federal

4

Reserve Note and attempting to use that copy as legal tender in the discharge of debt(s), both public and private.

Then there comes the matter of a Pre-paid Treasury account in which Defendant may have used on behalf of Plaintiff, without Plaintiff's knowledge. The social security number account used by Defendant in the financing of the mortgage note is the system by which Plaintiff has financed the obligation with the Credit to offset and adjust the debt associated with the mortgage note to a zero balance for insurance purposes.

Plaintiff hereby concedes in the copy of the mortgage note by Defendant to be accepted for Value, signed in original 'Red Ink' only by the recipient of the note as free and clear title to the Federal Reserve Bank of Fite & Co. Holdings, by virtue of its Association and its Special Licensing Arrangements. Affixing the acceptance for value stamp on the copied mortgage note of the Defendant shall privatize the same and institute the insurance policy on the note to show the conversion of its ownership and support that Plaintiff has been cleared of any and all debts associated with the "Mortgage Note" of the Defendant in the absence of the original "wet ink signature" note. Therefore, the attached UCC-3 financing statement Amendment will serve as an adequate security (check) for Plaintiff in the distribution of credit for "payment" to the Defendant and balance the transaction to a zero balance as an obligation owed to Defendant.

Plaintiff further contends that "Fraud vitiates the most solemn Contracts, documents and even judgments." [U.S. v. Throckmorton, 98 US 61, at pg. 65]. Defendant has already conceded to this process by attempting to use the mortgage agreement as free and clear title, when no substance or value was lent by Defendant to the Plaintiff. Defendant also concedes that if such

mortgage note was to be deemed a free and clear title, by virtue of Plaintiff's credit and value lent to Defendant; that Defendant would not have had to foreclose on the alleged mortgage note and obtain a Sheriff's Deed in its place. *"**It is not necessary for the rescission of a contract that the parting making the misrepresentation should have known that it was false, but recovery is allowed even though misrepresentation is innocently made, because it would be unjust to allow one who made false representations, even innocently, to retain the fruits of a bargain induced by such representations.**"* [*Whipp v. Iverson, 43 Wis 2d 166*]. Finally, *"**Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes 'fraud', and entities party deceived to avoid contract or recover damages.**" Barnsdall Refining Corn. V. Birnam Wood Oil Co, 92 F 26 817.*

In conclusion to Plaintiff's position to challenge Defendant on the validity of its claims, Plaintiff reminds this Court that taking relaxed standards when requiring the Defendant to produce bona fide evidence of a "wet ink signature" of the mortgage note and the obligations associated therewith for Plaintiff will deny due process rights to the instant matter and that all court proceedings shall be held illegal and void.  In the event the Defendant cannot substantiate this claim to produce bona fide evidence of the same, then the Civil Demand and the injuries associated therewith will be awarded in the amount of ($USD195,000.00). ***Value associated with this civil demand will be backed by real property for deposit into the trust account(s) of the Federal Reserve Association of Fite & Co. Holdings at the Huntington National Bank immediately upon judgment entry in favor of the Plaintiff, as a case related to PENDING No. 1:14-CV-01112-CKK***. All answers hereafter will be made directly to the United

States Government, or the United States Attorney General and United States Department of Justice and Federal Bureau of Investigation.

**Respectfully Submitted,**

"RED INK ONLY"

By: _[signature]_
RICHARD N. TERRY
AUTHORIZED SIGNATURE

# CERTIFICATE OF SERVICE

I, Richard N. Terry, do hereby certify that on the _____15th_____ day of July, 2014, a copy of the Original Civil Summons and Complaint was delivered to the Clerk of the United States District Court for the District of Columbia; FedEx Air Bill No. 8059 1898 7280. A copy of the same will be sent to:

**FIRST MERIT NATIONAL BANK**
**4455 HILLS & DALES ROAD NW**
**CANTON, OHIO  44708**          **U.S. Certified Mail Return Receipt Requested**

"RED INK ONLY"

By: _____
-RICHARD N. TERRY
 AUTHORIZED SIGNATURE

# **ACKNOWLEDGMENT**

STATE OF OHIO           )
                                            ss.
COUNTY OF FRANKLIN   )

An original copy of the Civil Summons and Complaint was subscribed before me on this _15th_ day of July, 2014.

_____
RICHARD N. TERRY
Authorized Signature


_Robin Carson_____     _Kati Carson_____
Printed Name of Notary Public            Signature of Notary Public

(Seal)

ROBIN CARSON
Notary Public, State of Ohio
My Commission Expires Sept. 2, 2018
Recorded in Franklin County

Sept 2, 2018_____
My Commission Expires